GERAGOS & GERAGOS
A PROFESSIONAL CORPORATION
LAWYERS
39TH FLOOR
350 S. GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3480
TELEPHONE (213) 625-3900
FACSIMILE (213) 625-1600

MARK J. GERAGOS Bar No. 108325
Attorneys for Witness
GREG FRANCIS ANDERSON

FILED
06 AUG 29 AM 11:48
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE GRAND JURY SUBPOENA
DATED JULY 19, 2006

) Case No.: CR 06-90292-WHA
) (MISC)
)
) **NOTICE OF APPEAL;**
) **DESIGNATION OF RECORD**
)
) **Recalcitrant Witness Appeal**
)
) 28 U.S.C. § 1826

Greg Anderson, through counsel, hereby appeals from the order of the above-captioned court, dated August 28, 2006, holding him in civil contempt for the duration of the current Grand Jury term of service, including extensions, for a period not to exceed 18 months, and remanding him to custody.

Mr. Anderson designates the record as follows and requests that the district court clerk assemble the record:

(1) The original papers and exhibits filed in the district court in the above-captioned matter;

(2) The original papers and exhibits filed in the district court in the related matter styled *In Re Grand Jury Subpoena Dated April 20, 2006*, case number CR-06-90184- WHA (MISC);

(3) The transcript of all proceedings held in the district court in the above-captioned matter, including but not limited to those proceedings held on June 29, 2006, July 5, 2006, July 27, 2006, August 17, 2006, and August 28, 2006;

(4) The transcript of all proceedings held in the district court in the related matter styled *In Re Grand Jury Subpoena Dated April 20, 2006*, case number CR-06-90184- WHA (MISC), including but not limited to those proceeding held on June 7, 2006, June 22, 2006, June 29, 2006, and July 5, 2006; and

(5) A certified copy of the docket entries prepared by the district clerk.

Respectfully submitted,

Dated:  August 28, 2006                         GERAGOS & GERAGOS

By: *Mark Geragos (by Debra Walker)*
MARK J. GERAGOS
Attorneys for Witness
GREG FRANCIS ANDERSON

- 2 -

## PROOF OF SERVICE

STATE OF CALIFORNIA  } ss.
COUNTY OF SAN MATEO }

I am employed in the County of San Mateo, State of California. I am over the age of 18 and not a party to the within action. My business address is 1800 Trousdale Drive, Burlingame, California.

On August 29, 2006, I served the foregoing document, described as **Notice of Appeal; Designation of Record-Recalcitrant Witness Appeal** on all interested parties in said action by:

☒ BY FACSIMILE TRANSMISSION from FAX No. (650) 652-7835 to FAX No. (408) 535-5066
  ☐ The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(i), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this

☒ VIA FEDERAL EXPRESS as follows:
  ☐ placing a true copy thereof in a sealed envelope addressed as stated on the ATTACHED MAILING LIST.

  ☒ placing ☐ the original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

Jeffrey D. Nedrow
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95133

☐ BY PERSONAL SERVICE as follows:

  I delivered such envelope by hand to the offices of the addressee.

☐ STATE - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ FEDERAL - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 29, 2006, at Burlingame, California.

_____
Debra Walker