UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 28, 2006

Case No.:  CR 06-90292 MISC WHA

Title:  IN RE GRAND JURY SUBPOENA DATED 7/19/06

Appearances:

    For the Government:  Jeff Nedrow; Jeff Finigan; Matt Parella

    For the Defendant(s):  Mark Geragos

Deputy Clerk:  Dawn Toland        Court Reporter:  Belle Ball

**PROCEEDINGS**

1)  Contempt Hearing - HELD

2)  

Case continued to __ for Status

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Court took judicial notice of the book, Game of Shadows.

The four elements of a prima facia showing of civil contempt have been meet.  The Court found the witness Greg Anderson, in contempt and remanded him into custody.