SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

MATTHEW A. PARRELLA (NYSBN 2040855)
JEFFREY D. NEDROW (CSBN 161299)
JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorneys

  150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061
FAX: (408) 535-5066
matthew.parrella@usdoj.gov
jeff.nedrow@usdoj.gov
 jeffrey.finigan@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA DATED JULY 19, 2006 | No. CR 06-90292 WHA (MISC)<br><br>UNITED STATES' NOTICE TO COURT OF NON-OPPOSITION TO RELEASE OF CONTEMNOR GREG ANDERSON |

    The United States hereby advises the Court that it does not oppose the Court ordering the release of Greg Anderson from confinement. He is currently confined pursuant to this Court's Order pertaining to its finding that Anderson is in civil contempt of court. The United States does not concede that Anderson's contempt is either moot or cured, and maintains that he

///

///

continues to possess and refuse to produce evidence relevant to an ongoing grand jury investigation, but nevertheless files this Notice.

Date: November 15, 2007	SCOTT N. SCHOOLS
	United States Attorney

	  /S/ Jeffrey R. Finigan  
	MATTHEW A. PARRELLA
	JEFFREY D. NEDROW
	JEFFREY R. FINIGAN
	Assistant United States Attorneys

## ORDER

Based upon the foregoing Notice, the Court hereby **ORDERS** that Greg Anderson is released from confinement.

DATED:
	WILLIAM H. ALSUP
	UNITED STATES DISTRICT COURT JUDGE